UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT -5 PM 2:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 04-20313 Ma |
| vs. ) | |
| ) | |
| WILLIAM WOODS ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

David C. Henry applies to the Court for a Writ to have William Woods, Booking # 04121902, now being detained in the <u>Shelby County Correctional Center</u>, appear before the Honorable <u>Samuel H. Mays</u> on <u>6th</u>, <u>October, 2005,</u> at 2:30 for a Change of Plea hearing and for such other appearances as this Court may direct.

Respectfully submitted this __5th__ day of October, 2005.

*[signature]*
David C. Henry
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, <u>Mark Luttrell/Reuben hodge</u>

YOU ARE HEREBY COMMANDED to have <u>WILLIAM WOODS,</u> Booking #04121902 appear before the Honorable <u>Samuel H. Mays</u> at the date and time aforementioned.

ENTERED this __05th__ day of ___October___, 2005.

*[signature]*
S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __10-6-05__

91

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:04-CR-20313 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT