IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CR. NO. 04-20313-Ma |
| | ) | 04-20413-Ma |
| WILLIAM WOODS, | ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on October 6, 2005, the United States Attorney for this district appearing for the Government and the defendant, William Woods, appearing in person and with retained counsel, Mr. M. Jake Werner.

With leave of the Court, the defendant entered a plea of guilty to Count 2 in indictment 04-20313 and Counts 1 and 2 in indictment 04-20413. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, January 13, 2006 at 9:30 a.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 17th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:04-CR-20313 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT